| | |
|---|---|
| 1 | STEPHEN G. PONGRATZ (SBN #131276) |
| | ERIC D. HITCHCOCK (SBN #230630) |
| 2 | BEYER, PONGRATZ & ROSEN |
| | 3230 Ramos Circle |
| 3 | Sacramento, California 95827 |
| | Telephone: (916) 369-9750 |
| 4 | Facsimile: (916) 369-9760 |

STEPHEN G. PONGRATZ (SBN #131276)
ERIC D. HITCHCOCK (SBN #230630)
BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, California 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

Attorneys for Plaintiff, AILEEN AYOUB

JACKSON LEWIS LLP
MICHAEL J. CHRISTIAN (SBN #173727)
BRENDAN J. BEGLEY (SBN #202563)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant, CITY OF ELK GROVE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| AILEEN AYOUB, | Case No. 2:08-cv-02997 JAM-KJM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| CITY OF ELK GROVE, and DOES 1 through 20, inclusive, | Complaint filed: 11/6/08 |
| Defendants. | Trial date: 11/1/10 |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff AILEEN AYOUB and Defendant CITY OF ELK GROVE hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED: | |
| 2 | Date: March _8__, 2010 | BEYER, PONGRATZ & ROSEN |

IT IS SO STIPULATED:

Date: March _8__, 2010          BEYER, PONGRATZ & ROSEN

By: __/s/ Stephen G. Pongratz_____
    Stephen G. Pongratz
    Eric D. Hitchcock

Attorneys for Plaintiff,
AILEEN AYOUB


Dated: March _8__, 2010          JACKSON LEWIS LLP


By:__/s/ Michael J. Christian_____
    Michael J. Christian
    Brendan J. Begley

Attorneys for Defendant,
CITY OF ELK GROVE


**IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Date: March 9, 2010          /s/ John A. Mendez_____
    UNITED STATES DISTRICT JUDGE

2

Stipulation for Dismissal and Order Thereon          USDC, Eastern District No. 2:08-cv-02997 JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com